IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>CURTIN LYNN STIREWALT, JR, | Case No. 1:21CR180-10 |

___

**MOTION TO CONTINUE**

NOW COMES DEFENDANT, through counsel, and moves the Court to continue this case from the August calendar. In support hereof, Defendant shows the Court as follows:

1) Defendant is charged with drug conspiracy and related charges by indictment filed May 24th, 2021.

2) The parties have not yet agreed on the terms of a plea agreement. Counsel requires additional time to discuss Defendant's options with him before a final determination can be made regarding this matter will be for trial or plea. As previously noted, counsel had shoulder surgery August 18th which has limited the time available for counsel to meet with Defendant.

3) Counsel does not believe the government would object to a continuance.

WHEREFORE, Defendant respectfully requests that this matter be continued to the October calendar.

This the 1st day of September, 2021.

/s/ J. Clark Fischer
_____
J. Clark Fischer, Attorney for Defendant
936 West Fourth Street, Suite 206
Winston-Salem, NC 27101
336-724-3513
NCSB#9217

## CERTIFICATE OF SERVICE

   I certify that a copy of the foregoing **MOTION TO CONTINUE** was served on the party named below through ECF:

   Mr. Terry Meinecke
   Assistant United States Attorney
   Greensboro, NC 27402

This the 1st day of September, 2021.

                                           /s/ J. Clark Fischer
                                           _____
                                           J. Clark Fischer, Attorney for Defendant
                                           936 West Fourth Street, Suite 206
                                           Winston-Salem, NC 27101
                                           336-724-3513
                                           NCSB#9217